UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2307(DSD/RLE)

Debby Brennan,

Plaintiff,

v. **ORDER**

Lynn M. Dingle,

Defendant.

Based upon the report and recommendation by United States Magistrate Judge Raymond L. Erickson, all the files and records, and no objections having been filed to said report and recommendation;

**IT IS HEREBY ORDERED** that plaintiff's application to proceed in forma pauperis is denied.

Dated: December 12, 2000

Judge David S. Doty
United States District Court

FILED 12-12-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______