UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Debby Brennan,

Plaintiff,

vs. ORDER

Lynn Dingle,

Defendant. Civ. No. 00-2307(DSD/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 1st day of February, 2001.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Defendant's Motion for Summary Judgment, which was filed on December 29, 2000.

In order to facilitate disposition of the Complaint and the request for summary judgment, it is --

ORDERED:

1. That the Plaintiff shall have until **March 15, 2001**, in which to respond, should she so choose, to the Defendant's submission to the Court requesting that the Complaint be dismissed.

17

FEB 01 2001
FILED
FRANCIS ... CLERK
JUDGMENT ...
DEPUTY ...

2. That disposition of the Motion will be made upon written submissions, without oral argument, unless the Court, after receiving all written material, deems argument essential.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE