UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Debby Brennan,

Petitioner,

vs. ORDER

Lynn Dingle,

Respondent. Civ. No. 00-2307 (DSD/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 16th day of March, 2001.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Respondent's Motion for Summary Judgment, to the Petition a Writ of Habeas Corpus, filed on December 29, 2000, requesting that the Petition be denied and the case dismissed without an evidentiary Hearing.

On February 1, 2001, we ordered the Petitioner to respond to the Respondent's Motion, if she chose to do so, by March 15, 2001. On March 6, 2001, however, we received a letter from the Petitioner, complaining that she is locked in segregation and does not have access to the materials to actively prosecute the case.

MAR 16 2001

(22)

Nonetheless, the Petitioner did respond to the Summary Judgment Motion on March 15, 2001. Thus, it is not clear whether she has been able to submit all the materials she wishes the Court to consider. Therefore, in order to fully facilitate disposition of the Petition and the Motion for Summary Judgment, it is --

ORDERED:

1. That the Petitioner shall have until **April 19, 2001**, in which to further respond, should she so choose, to the Respondent's Motion for Summary Judgment requesting that the Petition for a Writ of Habeas Corpus be denied and the case dismissed.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE