UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Debby Brennan,

Petitioner,

vs. ORDER

Lynn Dingle,

Respondent. Civ. No. 00-2307 (DSD/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That the Plaintiff's Motion for Injunctive Relief [Docket Nos. 5 and 16] is denied, as moot.

BY THE COURT:

Judge David S. Doty
United States District Court

DATED: 4/23/01
At Minneapolis, Minnesota

APR 23 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK