UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2307 (DSD/RLE)

Debby Brennan,

Plaintiff,

v. **ORDER**

Lynn M. Dingle,

Defendant.

This matter is before the court on plaintiff's appeal of the order of Magistrate Judge Raymond L. Erickson [Doc. No. 23] and the report and recommendation of the magistrate judge [Doc. No. 24] dated April 2, 2001. In that combined order and report, the magistrate judge denied plaintiff's motion for appointment of counsel and recommended that plaintiff's motion for injunctive relief be denied as moot because plaintiff is no longer incarcerated at the Minnesota Correctional Facility at Shakopee. Plaintiff objects to the denial of appointed counsel and argues generally for "the continuing need for intervention on her behalf by the Court."

The court notes that plaintiff's appeal of the magistrate judge's order denying appointed counsel is untimely. Moreover, the court agrees with the magistrate judge that plaintiff's claims are not legally complex and plaintiff appears to possess the capacity to articulate her grievances to this court. Accordingly, the

(27)

FILED MAY 01 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials [illegible]

magistrate's order denying appointment of counsel is affirmed. 28 U.S.C. § 636(b)(1)(A); D. Minn. L.R. 72.1(b)(2) (reversal of non-dispositive order warranted only if order is "clearly erroneous or contrary to law").

With respect to plaintiff's objections to the recommended dismissal of her motion for injunctive relief, the court has already issued an order adopting the recommendation of the magistrate judge and dismissing the motion. [Doc. No. 26]. Plaintiff's belated objections do not alter the court's conclusions that plaintiff's request for injunctive relief is rendered moot by her transfer to the Topeka Correctional Facility in Topeka, Kansas.

Accordingly, based on a review of the file, record and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for appointment of counsel [Doc. No. 5] is denied.

2. Plaintiff's objections to the dismissal of her motion for injunctive relief are denied as untimely.

Dated: May 1, 2001

David S. Doty, Judge
United States District Court