# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Debby Brennan,

v.

Lynn M. Dingle,

Case No. Civil 00-2307 DSD/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

The above-entitled action is dismissed without prejudice.

DATE: September 27, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

33